No. 76–1234. Harris, Secretary of Housing and Urban Development, et al. v. Ross et al. C. A. 4th Cir.; and

No. 76–1261. Harris, Secretary of Housing and Urban Development, et al. v. Abrams et al. C. A. 9th Cir. [Certiorari granted, 431 U. S. 928.] Motion of the Solicitor General, with consent of respondents, for reference to the United States District Court for the District of Maryland [in No. 76–1234], and for reference to the United States District Court for the Central District of California [in No. 76–1261], to consider settlement granted.

No. 78–90. Burch et al. v. Louisiana. Sup. Ct. La. [Certiorari granted, ante, p. 925.] Motion of petitioners to dispense with printing appendix granted.

No. 78–432. United Steelworkers of America, AFL–CIO–CLC v. Weber et al.;

No. 78–435. Kaiser Aluminum & Chemical Corp. v. Weber et al.; and

No. 78–436. United States et al. v. Weber et al. C. A. 5th Cir. Motion of Government Contract Employers Assn. for leave to file a brief as *amicus curiae* granted. Mr. Justice Stevens took no part in the consideration or decision of this motion.

No. 78–5283. Jackson v. Virginia et al. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.

No. 78–5374. Smith v. Maryland. Ct. App. Md. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.

No. 77–6979. Pierce v. Jago, Correctional Superintendent. C. A. 6th Cir. Certiorari denied.